CASE NOS. 23-15865 AND 23-15989

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

NARCISO FUENTES, individually, on behalf of others similarly situated, and on behalf of the general public

*Appellant and Cross-Appellee,*

v.

DISH NETWORK L.L.C.

*Appellee and Cross-Appellant.*

Appeal From The United States District Court,
Northern District of California, Case No. 4:16-cv-02001-JSW,
Hon. Jeffrey S. White

## DISH NETWORK L.L.C.'S MOTION TO WITHDRAW FURTHER EXCERPTS OF RECORD

COBLENTZ PATCH DUFFY & BASS LLP
Richard R. Patch
Clifford E. Yin
Laura R. Seegal
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663

Attorneys for Appellee/Cross-Appellant
DISH NETWORK L.L.C.

Appellee and Cross-Appellant DISH NETWORK L.L.C. hereby moves to withdraw its Further Excerpts of Record filed on February 7, 2024.

DATED: February 9, 2024     COBLENTZ PATCH DUFFY & BASS LLP

By: /s/ Richard R. Patch
Richard R. Patch
Attorneys for Defendant and
Appellee/Cross-Appellant
DISH NETWORK L.L.C.

# CERTIFICATE OF COMPLIANCE PURSUANT TO FED. R. APP. 32(g)

Pursuant to Fed. R. App. P. 32(g), I certify that the attached motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) and the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6). The motion is proportionally spaced, has a typeface of 14 points and contains 20 words.

DATED: February 9, 2024  COBLENTZ PATCH DUFFY & BASS LLP

By: /s/ Richard R. Patch
Richard R. Patch
Attorneys for Defendant and
Appellee/Cross-Appellant
DISH NETWORK L.L.C.