UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 11 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NARCISO FUENTES, individually , on behalf of others similarly situated, and on behalf of the general public,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>DISH NETWORK, LLC,<br><br>　　　　Defendant - Appellee. | No. 23-15865<br><br>D.C. No. 4:16-cv-02001-JSW<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |
| NARCISO FUENTES, individually , on behalf of others similarly situated, and on behalf of the general public,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>DISH NETWORK, LLC,<br><br>　　　　Defendant - Appellant. | No. 23-15989<br><br>D.C. No. 4:16-cv-02001-JSW<br>U.S. District Court for Northern California, Oakland |

　　　The judgment of this Court, entered September 19, 2024, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT